IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CASH MANAGEMENT SYSTEMS, ) | |
| INC., et al., ) | Civil No. 2:13-cv-02001EFM-KGG |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |

**Amended Stipulated Order for Permanent Injunction**

The United States seeks a permanent injunction against defendants Cash Management Systems, Inc., Bruce Lemay, Richard Mills, Allen Davison, Xell Enterprises, Inc. (CMS et al) under Internal Revenue Code (I.R.C., 26 U.S.C.) §§ 7402, 7407, and 7408 to prevent CMS et al from further promoting unlawful tool reimbursement and tool rental tax schemes in violation of I.R.C. §§ 6700 and 6701.

Without admitting any of the allegations in the complaint, CMS et al, consents to the entry of this permanent injunction without further notice and agrees to be bound by its terms. CMS et al also understands that this permanent injunction will remain in place absent further court order. CMS et al further understands and agrees that the Court will retain jurisdiction over this matter for the purpose of implementing and enforcing this permanent injunction and

9192137.1

understands that if CMS et al violates this permanent injunction, CMS et al may be subject to civil and criminal sanctions for contempt of court. The parties agree that entry of this permanent injunction neither precludes the Internal Revenue Service from assessing penalties against CMS et al for asserted violations of the Internal Revenue Code nor precludes CMS et al from contesting any such penalties.

THEREFORE, the Court ORDERS that CMS et al, their agents, servants, employees, attorneys, and all persons in active concert or participation with them, are permanently enjoined from directly or indirectly:

a. promoting a tool reimbursement plan, or any similar plan, whereby employers recharacterize a portion of their employees' wages as tool "reimbursements," thereby avoiding collection and payment of federal income taxes and federal employment (FICA) taxes;

b. promoting a tool rental or "use" program, or any similar plan, through which employers recharacterize a portion of their employees' wages as tool rental payments, thereby avoiding collection and payment of federal income taxes and federal employment (FICA) taxes;

  c.  advising customers that the tool reimbursement and tool rental plans described above, or any similar plan, are consistent with the internal revenue laws;

  d.  engaging in any other tax scheme, plan, or device that involves the tool reimbursement and tool rental schemes, or a similar plan, described above; and

  e.  misrepresenting any of the terms of this order.

The Court also ORDERS CMS et al, within 14 days of entry of this Order, to provide to counsel for the United States an acknowledgment of receipt of this Order signed and dated by a corporate officer of CMS et al under penalty of perjury.

In order to monitor CMS et al's compliance with this permanent injunction, the United States may conduct formal discovery using the procedures prescribed by Fed. R. Civ. P. 30, 31, 33, 34, 36, and 45 or as otherwise provided in the Federal Rules of Civil Procedure.

Dated: January 17, 2013

*[signature: Eric F. Melgren]*
Judge of District Court

Prepared by:                                    Seen and Agreed:

*[signature]*                                   *[signature]*

MICHAEL R. PAHL                                 Bruce Lemay
Trial Attorney, Tax Division                    Cash Management Systems, Inc.
U.S. Department of Justice
P.O. Box 7238                                   Dated: 1/4/13
Washington, D.C. 20044
Telephone: (202) 514-6488
Facsimile: (202) 514-6770
michael.r.pahl@usdoj.gov
Attorney for the United States

Prepared by:

*[signature]*

MICHAEL R. PAHL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044
Telephone: (202) 514-6488
Facsimile: (202) 514-6770
michael.r.pahl@usdoj.gov
Attorney for the United States

Seen and Agreed:

*[signature]*

Allen Davison

Dated: 1-9-2013

Prepared by:

*[signature]*

MICHAEL R. PAHL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044
Telephone: (202) 514-6488
Facsimile: (202) 514-6770
michael.r.pahl@usdoj.gov
Attorney for the United States

Seen and Agreed:

*[signature]*
Bruce Lemay

Dated: 1/4/13

Prepared by:

*[signature]*

MICHAEL R. PAHL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044
Telephone: (202) 514-6488
Facsimile: (202) 514-6770
michael.r.pahl@usdoj.gov
Attorney for the United States

Seen and Agreed:

*[signature]*

Richard Herson Mills

Dated: 1/3/13

Error! Unknown document property name.
9202785.1

| Prepared by: | Seen and Agreed: |
|---|---|
| *[signature]* | *[signature]* |
| MICHAEL R. PAHL | Bruce Lemay |
| Trial Attorney, Tax Division | Xell Enterprises, Inc. |
| U.S. Department of Justice | |
| P.O. Box 7238 | Dated: 1/4/13 |
| Washington, D.C. 20044 | |
| Telephone: (202) 514-6488 | |
| Facsimile: (202) 514-6770 | |
| michael.r.pahl@usdoj.gov | |
| Attorney for the United States | |

9202782.1